IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
DELTA DIVISION

**JOHN J. JAQUEZ**                                                                   **PLAINTIFF**
**ADC #151676**

**v.**                     **CASE NO. 2:21-CV-00023-BSM**

**DEXTER PAYNE,** *et al.*                                               **DEFENDANTS**

**ORDER**

Having reviewed the entire record *de novo*, United States Magistrate Judge Joe J. Volpe's proposed findings and recommendations [Doc. No. 38] are adopted, and Defendants' motion for partial summary judgment [Doc. No. 15] is granted. Accordingly, John Jaquez's claims against Dexter Payne, Christopher Budnik, Linda Dykes, Percy Arnold, Andre Williams, Stanley Smith, and Daryl Brown are dismissed without prejudice. Jaquez's motion for partial summary judgment [Doc. No. 33] is denied. An *in forma pauperis* appeal would not be taken in good faith. 28 U.S.C. § 1915(a)(3).

IT IS SO ORDERED this 8th day of October, 2021.

                                                                         */s/ Brian S. Miller*
                                                                UNITED STATES DISTRICT JUDGE