# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF ARKANSAS
# DELTA DIVISION

**JOHN J. JAQUEZ**                                                                             **PLAINTIFF**
**ADC #151676**

v.                **CASE NO. 2:21-CV-00023-BSM**

**DEXTER PAYNE,** *et al.*                                               **DEFENDANTS**

## ORDER

Having reviewed the entire record *de novo*, United States Magistrate Judge Joe J. Volpe's partial recommended disposition [Doc. No. 68] and recommended disposition [Doc. No. 69] are adopted.

The Doe defendants are dismissed without prejudice for lack of service. Defendants' motion for summary judgment [Doc. No. 64] is granted, and John Jaquez's failure to protect claim against Steven Mitchell, Lester Fausnight, Lyndon Allen, and Tiesha Johnson are dismissed with prejudice. An *in forma pauperis* appeal would not be taken in good faith. 28 U.S.C. § 1915(a)(3).

IT IS SO ORDERED this 17th day of June, 2022.

                                                 /s/ Brian S. Miller
                                                 UNITED STATES DISTRICT JUDGE