IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
DELTA DIVISION

**JOHN J. JAQUEZ**                                                            **PLAINTIFF**
**ADC #151676**

v.                        **CASE NO. 2:21-CV-00023-BSM**

**DEXTER PAYNE,** *et al.*                                        **DEFENDANTS**

## JUDGMENT

Consistent with the order entered today, this case is dismissed with prejudice.

IT IS SO ORDERED this 17th day of June, 2022.

*[signature: Brian S. Miller]*
UNITED STATES DISTRICT JUDGE